# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BUTLER,<br><br>        Petitioner,<br><br>        v.<br><br>CONNIE GIPSON, Acting Warden,<br><br>        Respondent. | NO. CV 10-09153 ODW (SS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 1, 2011

                                                        _____
                                                        OTIS D. WRIGHT, II
                                                        UNITED STATES DISTRICT JUDGE